**Earnest WHITFIELD, Petitioner–
Appellant,**

v.

**SECRETARY, DEPARTMENT OF
CORRECTIONS, Attorney General,
State of Florida, Respondents–Appellees.**

No. 08–16162.

United States Court of Appeals,
Eleventh Circuit.

Aug. 10, 2010.

Eric C. Pinkard (Court–Appointed),
Anderson Pinkard, Clearwater, FL, for
Petitioner–Appellant.

Katherine Vickers Blanco, Tampa, FL,
for Respondents–Appellees.

ON REMAND FROM THE SU-
PREME COURT OF THE UNITED
STATES

Before DUBINA, Chief Judge, and
EDMONDSON and PRYOR, Circuit
Judges.

PER CURIAM:

This case is before us on remand from
the Supreme Court. *See Whitfield v.*

*McNeil,* —— U.S. ——, 130 S.Ct. 3451, ——
L.Ed. 2d ——. We denied Petitioner's
application for a Certificate of Appealability, relying on our decision in *Holland v.
Florida,* 539 F.3d 1334 (11th Cir.2008).
Then, the Supreme Court reversed our
judgment in *Holland,* and remanded that
case for further consideration. *Holland v.
Florida,* —— U.S. ——, 130 S.Ct. 2549, 177
L.Ed.2d 130 (2010). We therefore remand
this case to the district court for fact finding and further proceedings—including, if
it is necessary, an evidentiary hearing—
consistent with the Supreme Court's opinion and judgment in *Holland.*

REMANDED.